UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

                                   Case No. 94-80319
-vs-                               HON. AVERN COHN

RAY MALDANADO,

     Defendant.

_____/


## ORDER DENYING MOTION TO EXPUNGE CRIMINAL RECORD

I.

This is a criminal case which has long since closed.  In 1995, defendant was convicted, following a guilty plea, of conspiracy to posses and distribute cocaine, in violation of 18 U.S.C. § 841(a)(1) and § 846.  Defendant has served his term of incarceration and supervised release.

Before the Court is defendant's motion to expunge his record.  For the reasons that follow, the motion will be denied.

II.

Defendant says he has been a law-abiding citizen since his release many years ago.  Although the Court applauds defendant's productive life, the Court lacks authority to expunge his conviction.  First, while several statutes permit expungement motions, none of the them apply to defendant's case.  *See* 18 U.S .C. § 3607(c); 21 U.S.C. § 844a(j); 5 U.S.C. § 552a(g); 42 U.S.C. § 14132(d); 10 U.S.C. § 1565(e).  Moreover, the

Court of Appeals for the Sixth Circuit has recently held that in the absence of an

applicable statute, a district court lacks jurisdiction to entertain an expungement motion.

*See United States v. Lucido*, ___ F3d ___ (6th Cir. 2010); 2010 WL 2925100 (6th Cir.

July 28, 2010).  Accordingly, defendant's motion is DENIED.

      SO ORDERED.




                         S/Avern Cohn
                         AVERN COHN
                         UNITED STATES DISTRICT JUDGE


Dated:  August 9, 2010


I hereby certify that a copy of the foregoing document was mailed to **Ray Maldanado
15529 Markese, Allen Park 48101** and the attorneys of record on this date, August 9,
2010, by electronic and/or ordinary mail.


                         S/Michael Williams
                         Relief Case Manager, (313) 234-5160